## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA COAXUM, Individually and as Parent and Natural Guardian of W.C. and T.C., her minor children, | : <br> : <br> : <br> :   Civil Action No. 5:25-cv-00064 |
| and | : |
| | : |
| JODI LYNN KOCH, ADMINISTRATOR OF THE ESTATE OF KATHY YOST, and JAMES YOST AND LINDA YOST, Attorneys-in-Fact on behalf of M.H., E.H., and P.H., minor children, | : <br> : <br> : <br> : <br> : |
| | : |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| NORTHWESTERN LEHIGH SCHOOL DISTRICT; WILLIAM DOVICO, Individually and as Principal of Northwestern Lehigh Middle School; AMY WAHL, Individually and as Assistant Principal of Northwestern Lehigh Middle School, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | |

## ORDER

**AND NOW**, this 21st day of May, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and Plaintiffs' response in opposition thereto, **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants shall file an Answer to Plaintiffs' Amended Complaint by **Thursday, June 18, 2026**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**